**Order filed August 6, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00241-CV
_____

### LISA PRIYMAK AND GAREGUIN STEP, Appellant

### V.

### KROGER CO., Appellee

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2014-19634**

## O R D E R

Appellant's brief was due July 20, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 21, 2015**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM